UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

APR 1 5 2008

MICHAEL N. MILBY, CLERK OF COURT

April 10, 2008

**VIA USPS EXPRESS**

The Honorable Vanessa Gilmore
c/o Esthela Mares, Case Manager
United States District Clerk
Post Office Box 61010
Houston, Texas 77208
(713) 250-5512

RE:   Rosales v. Quarterman, Civil Action No. H-03-1016

Dear Judge Gilmore:

Enclosed please find a CD-ROM containing PDFs of the hearing exhibits described below relating to the Habeas action captioned *Rosales v. Quarterman*. A hearing in Mr. Rosales's case is scheduled for April 28, 2008.

[01] Rosales Voir Dire Transcript (Oct 1985).pdf: This file contains volumes 1 through 11 of the Reporter's Record and spans the entire voir dire conducted in October 1985. The file contains bookmarks to facilitate navigation through the record.

[02] Davenport examination of Leroy Green (May 26, 1981).pdf: This file contains the transcript of Assistant District Attorney Norma Davenport's examination of Mr. Leroy Green in *Texas v. Phillip Daniel Tompkins*, Cause No. 329,004 in the District Court of Harris County, Texas.

[03] Batson Hearing - P.D. Tompkins (Jun 3, 1987).pdf: This file contains the Batson Hearing transcript in *Phillip Daniel Tompkins v. Texas*.

[04] Batson Hearing - A.L. Williams (Dec 9, 1988).pdf: This file contains the Batson Hearing transcript in *Texas v. Arthur Lee Williams*, Cause No. 354,897 in the District Court of Harris County, Texas.

The Honorable Vanessa Gilmore
April 10, 2008
Page 2

[05] Juror Cards, Questionnaires (Docketed Jun 28, 2007).pdf: This file contains the docketed portions of discovery in the form of juror cards and questionnaires, obtained from the State. For ease of identification, petitioner has marked Bates numbers on these documents that were not on the documents when they were produced.

[06] Juror Cards, Questionnaires (Supplement Mar 20, 2008).pdf: This file contains a supplement to the original production of juror cards and questionnaires that was produced on March 20, 2008. For ease of identification, petitioner has marked Bates numbers on these documents that were not on the documents when they were produced.

[07] HARRIS-DA District Attorney's Office Production Excerpts (Mar 14, 2008).pdf: This bookmarked file contains documents produced by the Harris County District Attorney's office on March 14, 2008 in response to a subpoena for training materials dated March 3, 2008. For ease of identification, petitioner has marked Bates numbers on these documents that were not on the documents when they were produced.

[08] Deposition - Davenport (Mar 24, 2008).pdf: This file contains the transcript of the deposition of Norma Davenport, which took place on March 24, 2008 in Houston, Texas.

[09] Deposition - Henderson (Mar 24, 2008).pdf: This file contains the transcript of the deposition of Keno Henderson, which took place on March 24, 2008 in Houston, Texas.

[10] News Articles (various dates).pdf: This bookmarked file is a collection of ten published news articles cited in the Petitioner's proposed Findings of Fact and Conclusions of Law.

The Honorable Vanessa Gilmore
April 10, 2008
Page 3


      Please feel free to contact me if you would prefer to have available a paper copy of any or all of these documents.

                Sincerely yours,

                *Christina Swarns* /tmc

                CHRISTINA SWARNS
                NAACP LEGAL DEFENSE &
                 EDUCATIONAL FUND, INC.
                99 Hudson Street, 16th Floor
                New York, NY  10013
                212-965-2267 (voice)
                212-219-2052 (facsimile)
                cswarns@naacpldf.org


cc (cover letter only): Tina Miranda, Esq.