IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Rosales )   H·03-1016
           ) CA/CR NO.
           )
           )   Vanessa D. Gilmore
VS.        ) JUDGE
Quarterman )
           )                    Cher Barson
           ) COURTROOM CLERK    COURT REPORTER
           )   Hearing    4-28-08
           ) PROCEEDING
               Joint Exhibits
           EXHIBIT LIST OF

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADMIT |
|---|---|---|---|---|---|
| 1A | Affidavits Juror Cards, Questionnaires + Transcripts Excerpts for Seated + Batson Jurors | | | 4/28/08 | |
| 1B | Juror Cards, Questionnaires + Records | | | 4/28/08 | |
| 2 | Affidavits of: Jonathan Landers; Douglas Buskey; Gaylan Overton; Duane Bearse; Ray C. Easley; Bethel Nickles; Yvette Williams | | | 4/28/08 | |
| 3 | Depositions of: Norma Davenport; Keno Henderson | | | 4/28/08 | |
| 4 | Batson Hearing | | | 4/28/08 | |
| 5 | Donna Douglas Cooper Questionnaire | | | 4/28/08 | |
| | | | | | |